# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LYNDALE COOPER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JEANNA WOODFORD, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-01124-OWW-SMS (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO RE-DESIGNATE CASE FROM CIVIL RIGHTS ACTION TO PETITION FOR WRIT OF HABEAS CORPUS<br><br>(Doc. 13) |

On June 15, 2010, Aaron L. Cooper, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus and a motion seeking the appointment of counsel in the Sacramento Division of the Eastern District of California. Because Cooper is challenging his conditions of confinement, the Court designated the case as one brought pursuant to 42 U.S.C. § 1983 and transferred the case to this division on June 22, 2010. Cooper signed neither filing, and they were stricken from the record by order filed July 20, 2010. Fed. R. Civ. P. 11(a); Local Rule 131(b).

In that order, the Court notified Cooper that a habeas petition in federal court is the proper mechanism to challenge the fact or duration of confinement while challenges to conditions of confinement such as those set forth in the petition must be raised in a civil rights action. 28 U.S.C. § 2254(a); Badea v.Cox, 931 F.2d 573, 574 (9th Cir. 1991) (citing Preiser v. Rodriguez, 411 U.S. 475, 485, 93 S.Ct. 1827, 1833 (1973)). Cooper was provided with a form petition and a complaint form, and ordered to file either a petition or a complaint within thirty days. On August 19, 2010, Cooper filed a signed petition for writ of habeas corpus.

///

1  The record is clear that Cooper intended to file a petition for writ of habeas corpus and that
2  he still wishes to pursue that form of relief.  (Docs. 1, 10, 11, 13.)  Accordingly, the Clerk's Office
3  is HEREBY DIRECTED to re-designate this case from a civil rights action filed pursuant to 42
4  U.S.C. §1983 to a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.

6  IT IS SO ORDERED.
7  **Dated:     November 19, 2010**                    /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE